This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**KIT CARSON ELECTRIC**
**COOPERATIVE, INC., a New Mexico**
**Corporation, and BOBBY ORTEGA,**
**MANUEL MEDINA, FRANCIS CORDOVA,**
**TOBY MARTINEZ, ARTURO RODARTE,**
**AMBROSE MASCARENAS, CHRIS DURAN,**
**JERRY SMITH, and BRUCE JASSMAN, each**
**in his official capacity as a trustee of KIT**
**CARSON ELECTRIC CORP., INC.,**

Petitioners-Appellees,

v.                                                        **NO. 31,469**

**MARIA ADANG and PETER ADANG,**
**Husband and Wife,,**

Respondents-Appellants,

and

**LINDA R. BENCE, ANDREW D. CHAVEZ,**
**JODE CISNEROS, DAVID R. GENTH,**
**ERNESTO GONZALES, RITA LARROW,**
**JEROME LUCERO, DAVID RAEL, and**
**KATHLEEN VANDERBROOK,**

Respondents.

**APPEAL FROM THE DISTRICT COURT OF TAOS COUNTY**
**Sarah C. Backus, District Judge**

Cuddy & McCarthy, LLP
John F. McCarthy, Jr.
Santa Fe, NM

for Appellees

Maria and Peter Adang
Ranchos de Taos, NM

Pro Se Appellants

## MEMORANDUM OPINION

**FRY, Judge.**

Appellants Peter and Maria Adang appeal the district court's order granting a preliminary injunction. [RP 243-45] On October 6, 2011, this Court filed a notice of proposed summary disposition proposing to dismiss the appeal for lack of a final order. Appellants timely filed a memorandum in response to our notice of proposed summary disposition, which we have given due consideration.

For the reasons stated in our notice of proposed summary disposition, we dismiss this appeal for lack of a final appealable order.

**IT IS SO ORDERED.**

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**


_____

**LINDA M. VANZI, Judge**